■ GARY CARROLL et al., Appellants-Respondents, v RUTH MILLER, Respondent-Appellant, et al., Defendant. [624 NYS2d 960] —Application by the appellants-respondents at oral argument of the appeal to dismiss the cross-appeal from a judgment of the Supreme Court, Queens County, entered August 10, 1993.

Upon the oral argument of this application, it is

Ordered that the application is denied. Lawrence, J. P., Santucci, Friedmann and Florio, JJ., concur.